**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

_____
                                    :
TYREIK GOLDEN,                      :
                                    :     Civil Action No.
            Petitioner,             :     08-2601 (RBK)
                                    :
        v.                          :
                                    :     **O R D E R**
PAUL SCHULTZ, et al.,               :
                                    :
            Respondents.            :
_____:

Petitioner filed an application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (hereinafter "Petition"), together with an application to proceed in this matter in forma pauperis.

**IT IS on this   16th   day of   June  , 2008,**

**ORDERED** that Petitioner may proceed in this matter in forma pauperis; and it is further

**ORDERED** that the Clerk of the Court shall serve copies of the Petition, this Order, and all other documents docketed in this matter upon Respondents by certified mail, return receipt requested; and it is further

**ORDERED** that the Respondents shall file a full and complete Answer which responds to the allegations of Petitioner's claims within 45 days of the entry of this Order; and it is further

**ORDERED** that Respondents' Answer shall respond to the factual and legal allegations of the Petition by each paragraph and subparagraph; and it is further

**ORDERED** that Respondents shall raise by way of Answer any appropriate defenses which he wishes to have the Court consider, including, with respect to asserted defenses, relevant legal arguments with citations to appropriate legal authorities; and it is further

**ORDERED** that the Answer shall be accompanied by certified copies of all documents, transcripts and/or recordings of any proceedings, including all documentation that may be material to the questions raised in the Petition; and it is further

**ORDERED** that Respondents shall file the original Answer and a set of the accompanying record of proceedings with the Clerk's Office at the location of the undersigned and, *in addition*, file electronic copies of the original answer and all relevant materials in the docket created by the Clerk in this matter.[1]

S/Robert B. Kugler
**ROBERT B. KUGLER**
**United States District Judge**

---

[1] In the event Respondents' answer and/or relevant materials contain information precluded from public filing, Respondents shall move this Court for electronic filing under seal. In the event Respondents' answer and relevant materials are so voluminous that an electronic filing does not appear feasible, Respondents shall file a *complimentary* hard copy of their answer and relevant materials with the Clerk's Office located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608.