Christopher J. Christie
United States Attorney
Neil R. Gallagher
Assistant U.S. Attorney
970 Broad Street, Room 702
Newark, New Jersey  07102
(973) 645-2835

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Tyreik Golden, | : | Hon. Robert B. Kugler |
| | : | *Civil Action No.* 08-2601(RBK) |
| Petitioner, | | |
| v. | : | Order Extending Time to Answer or Otherwise Move as to the Petition |
| Paul Schultz, | : | |
| Respondent. | : | |

This matter having been opened to the Court by Paul Schultz, Respondent,

through his attorney, Christopher J. Christie, United States Attorney for the

District of New Jersey (Neil R. Gallagher, AUSA, appearing), for an order,

pursuant to Fed. R. Civ. P. 6(b), granting an extension of time to answer or

otherwise move with regard to the petition in this matter, and for good cause

shown, it is on this 4 day of August, 2008, hereby

ORDERED that the respondent shall answer or otherwise move with regard

to the petition by August 30, 2008.

_____
HON. ROBERT B. KUGLER,
JUDGE, UNITED STATES DISTRICT COURT
